BASTIAN, Circuit Judge.

Due to the similarity of facts and identity of the legal principles involved in the instant case with those in Federal Power Commission v. Union Producing Company, 97 U.S.App.D.C. ——, 230 F.2d 36, we affirm the order of the trial court with respect to the denial of the injunction and remand the case with directions to dismiss the complaint.

Affirmed, and remanded with directions to dismiss.

WILBUR K. MILLER, Circuit Judge, dissents.

**Eleanor Louise DAWSON, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 12668.**

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 12, 1955.

Decided Dec. 29, 1955.

Mr. Rex K. Nelson, Washington, D. C., with whom Mr. Eugene X. Murphy, Washington, D. C., was on the brief, for appellant.

Mr. Carl W. Belcher, Asst. U. S. Atty., with whom Messrs. Leo A. Rover, U. S. Atty., Lewis Carroll and Joseph M. Hannon, Asst. U. S. Attys., were on the brief, for appellee.

Before PRETTYMAN, DANAHER and BASTIAN, Circuit Judges.

PER CURIAM.

This appeal is from a conviction under an indictment charging possession and sale of narcotics. We find no error affecting substantial rights.

Affirmed.

**Eleanor Louise DAWSON, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 12725.**

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 12, 1955.

Decided Dec. 29, 1955.

Mr. Rex K. Nelson, Washington, D. C., with whom Mr. Eugene X. Murphy, Washington, D. C., was on the brief, for appellant.

Mr. Carl W. Belcher, Asst. U. S. Atty., with whom Messrs. Leo A. Rover, United States Atty., Lewis Carroll and E. Riley Casey, Asst. U. S. Attys., were on the brief, for appellee.

Before PRETTYMAN, DANAHER and BASTIAN, Circuit Judges.

PER CURIAM.

Appellant appeals from a conviction under an indictment charging violations of the narcotic laws. We find no error affecting substantial rights.

Affirmed.